UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| EDWARD MEYER, ) | Case No. 4:08-CV-00533-TCM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAIMLERCHRYSLER CORPORATION, ) | |
| and DAIMLERCHRYSLER ) | |
| CORPORATION-UAW PENSION ) | |
| BOARD OF ADMINISTRATION, and ) | |
| DAIMLERCHRYSLER CORPORATION- ) | |
| UAW PENSION PLAN, ) | |
| ) | |
| Defendants. ) | |

MOTION:
Granted ✓
Denied _____
Overruled _____
Date 06pm 3/30/09

## STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**NOW COME** the law firm of REEG & NOWOGROCKI, L.L.C. and the law firm of REEG LAWYERS, L.L.C., and stipulate as follows:

1. The law firm of REEG & NOWOGROCKI, L.L.C. hereby withdraws as counsel of record for DaimlerChrysler Corporation, DaimlerChrysler Corporation-UAW Pension Board of Administration, and DaimlerChrysler Corporation-UAW Pension Plan.

2. The law firm of REEG LAWYERS, LLC hereby enter their appearance as counsel of record for DaimlerChrysler Corporation, DaimlerChrysler Corporation-UAW Pension Board of Administration, and DaimlerChrysler Corporation-UAW Pension Plan.

1