UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD MEYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case Number 4:08cv0533 TCM |
| DAIMLERCHRYSLER, | ) |
| CORPORATION, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

A suggestion of bankruptcy having been filed in this case by Chrysler LLC and Plaintiff having advised the Court after being ordered to show cause why this case should not be stayed while the bankruptcy proceedings are pending that he has no objection to a stay,

**IT IS HEREBY ORDERED** that this case is STAYED pending resolution of the bankruptcy proceedings in Case No. 09-50002 in the United States Bankruptcy Court for the Southern District of New York.

**IT IS FURTHER ORDERED** that Defendants' counsel is to promptly advise the Court when such proceedings are concluded.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of May, 2009.