UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Number 4:08cv0533 TCM |
| DAIMLERCHRYSLER, | ) | |
| CORPORATION, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Comes now the Court and on its own motion directs counsel for Defendants to advise the Court of the status of the bankruptcy proceedings in Case No. 09-50002 in the United States Bankruptcy Court for the Southern District of New York within fourteen days of the date of this Order.

SO ORDERED.

    /s/ Thomas C. Mummert, III
    THOMAS C. MUMMERT, III
    UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of June, 2009.